UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANZHANG YU,<br><br>        Plaintiff,<br>   v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Civil Action No. 1:25-cv-10157<br><br>JURY TRIAL DEMANDED |

## EXHIBIT 2 – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Exhibits 2 will be filed separately under seal and will remain under seal until further order of this Court.

DATED: August 25, 2025.            Respectfully submitted,

                                                          By: */s/ Pete Wolfgram*
                                                          Pete Wolfgram
                                                          Stratum Law LLC
                                                          2424 E. York St. Ste. 301D
                                                          Philadelphia, PA, 19125
                                                          *Counsel for Plaintiff*