UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANZHANG YU, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Civil Action No. 1:25-cv-10157 <br><br> JURY TRIAL DEMANDED |

**SCHEDULE A – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this Court.

DATED: August 25, 2025

Respectfully submitted,

By: */s/ Pete Wolfgram*
Pete Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 301D
Philadelphia, PA, 19125
*Counsel for Plaintiff*